WILLIAM H. ELLIS, as Administrator, etc., Respondent, *v.* THE
NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY,
Appellant.

(Argued March 19, 1885; decided April 14, 1885.)

*Samuel Hand* for appellant.

*John W. Lyon* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

ELISHA CARPENTER, Executor, etc., Respondent, *v.* THE NEW
YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Ap-
pellant.

(Argued March 23, 1885; decided April 14, 1885.)

*W. W. MacFarland* for appellant.

*William Watson* for respondent.

Agree to reverse judgment and to dismiss complaint on au-
thority of *Vatable* v. *N. Y., L. E. & W. R. R. Co.* (96 N.
Y. 49).
All concur.
Judgment accordingly.